UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on August 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Christine Washington,<br><br>   Debtor. | Case No.: 20-21306<br><br>Chapter: 7<br><br>Judge: CMG |
| Christine Washington,<br><br>   Plaintiff,<br><br>v.<br><br>JEM Group, LLC,<br><br>   Defendant. | Adv. Pro. No.: 20-1580 |

**ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The relief set forth on the following page is hereby **ORDERED**.

……

**DATED: August 4, 2022**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Adv. Pro.:   Washington v. JEM Group, LLC

Case No:    20-1580 (CMG)

Caption of Order:   Order on Cross-Motion for Summary Judgment

---

This matter having come before the Court by way of a Motion for Summary Judgment filed by Defendant, JEM Group, LLC, by and through its counsel Brian Hofmeister, and Plaintiff, Christine Washington, by and through her counsel Martin Latinsky, having filed a Cross-Motion for Summary Judgment, and the Court having held oral argument on the motions at which both parties, through counsel, appeared, and the Court having considered the record, and read the certifications, briefs, and supporting documents submitted on behalf of each party, and for the reasons set forth in this Court's oral opinion placed upon the record on June 2, 2022:

**IT IS ORDERED** that summary judgment is GRANTED in favor of JEM Group, LLC as to Count II of the complaint and DENIED as to Count III of the complaint; and

**IT IS FURTHER ORDERED** that summary judgment is GRANTED in favor of Christine Washington as to Count III of the complaint; and

**IT IS FURTHER ORDERED** that Count I of the complaint is DISMISSED as moot; and

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 550(a) Christine Washington is entitled to recover the value of her statutory exemption in the transferred property; Judgment is hereby entered in favor of Christine Washington and against JEM Group, LLC in the amount of $25,150.00.